## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| BELL SUPPLY CO., LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | )  Court No. 14-00066 |
| and | ) |
| BOOMERANG TUBE LLC, TMK IPSCO TUBULARS, V&M STAR L.P., WHEATLAND TUBE CO., MAVERICK TUBE CORP., and UNITED STATES STEEL CORP., | ) |
| Defendant-Intervenors. | ) |

### **DEFENDANT'S CONSENT MOTION TO CORRECT THE RECORD**

Defendant, the United States, respectfully requests that the Court grant the Department of Commerce (Commerce) leave to correct the administrative record of this proceeding.  All parties have consented to this motion.

On February 11, 2016, the Court sent to counsel for the parties a letter asking the parties to provide the Court with excerpts of the April 8, 2009 petition that were relied on during the administrative proceeding.  During the administrative proceeding, Commerce and the parties relied upon certain excerpts of the petition.  Although these excerpts were part of the record of the proceeding, they were inadvertently not included in the physical administrative record.  Specifically, the record should be corrected to include the section of the petition relied on during the proceeding – the cover page, and pages 5-12 of the petition.

For these reasons, we respectfully request that the Court grant this consent motion to correct the administrative record.

                                         Respectfully submitted,

                                         BENJAMIN C. MIZER
                                         Principal Deputy Assistant Attorney General

                                         JEANNE E. DAVIDSON
                                         Director

                                         /s Claudia Burke
                                         CLAUDIA BURKE
                                         Assistant Director

|  |  |
|---|---|
|  | /s L. Misha Preheim |
| OF COUNSEL | L. MISHA PREHEIM |
|  | Senior Trial Counsel |
|  | Department of Justice |
| Whitney Rolig | Civil Division |
| Attorney | Commercial Litigation Branch |
| Office of the Chief Counsel | P.O. Box 480 |
| For Trade Enforcement & Compliance | Ben Franklin Station |
| U.S. Department of Commerce | Washington, D.C. 20044 |
|  | Telephone: (202) 305-3087 |
|  | Facsimile: (202) 514-8640 |
| February 24, 2016 | Attorneys for Defendant |

## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| BELL SUPPLY CO., LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>BOOMERANG TUBE LLC, TMK IPSCO )<br>TUBULARS, V&M STAR L.P., WHEATLAND )<br>TUBE CO., MAVERICK TUBE CORP., )<br>and UNITED STATES STEEL CORP., )<br>)<br>Defendant-Intervenors. )<br>) | Court No. 14-00066 |

## **ORDER**

Upon consideration of defendant's consent motion to correct the record, it is hereby

ORDERED that the defendant's consent motion is granted, and it is further

ORDERED that the record of this proceeding shall be corrected to include the cover page and pages 5-12 of the April 8, 2009 petition.

Dated: _____     _____
       New York, New York                                           Judge